11/05/2010 11:04    972--701-9595                FEDEX OFFICE    0197                    PAGE  02
Case 3:10-cv-02005-F   Document 9   Filed 11/10/10   Page 1 of 2   PageID 34
Case 3:10-cv-02005-F   Document 3   Filed 10/06/10   Page 1 of 2   PageID 11

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Allen | ) | |
| | ) | |
| V. | ) | Civil Action No. 3:10-cv-02005-F |
| | ) | |
| Michael J. Scott, P.C. | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** *(Defendant's name and address)*
Michael J. Scott, P.C.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Michael Agruss
   10474 Santa Monica Blvd
   Suite 401
   Los Angeles, CA 90025

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
CLERK

10/06/2010
DATE

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

11/05/2010  11:04    972--701-9595           FEDEX OFFICE    0197                PAGE  03
Case 3:10-cv-02005-E   Document 9   Filed 11/10/10   Page 2 of 2   PageID 35
Case 3:10-cv-02172-D   Document 3   Filed 10/29/10   Page 2 of 2   PageID 18

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11-1-2010__ by:

(1) personally delivering a copy of each to the individual at this place, __1120 Metrocrest Dr, #100 Carrollton TX 75006__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Joe Vice  9:45 AM__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ __55.00__ for travel and $ __—__ for services, for a total of $ __55.00__

Date: __11-1-10__

__Steve J Tren__
Server's signature

__Steve J Treni   Process Server__
Printed name and title

__5550 Spring Valley Rd Unit C31__
Server's address
__Dallas, TX 75254__