U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 8 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy 9:45 A.M.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Margie Allen, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:10-CV-02005-F |
| | § | |
| Michael J. Scott, P.C., | § | |
|    Defendant. | § | |

### Order to Produce Itemized Statement of Attorney's Fees

The Court ORDERS Plaintiff's counsel to submit a statement of Attorney's Fees incurred up to the date of this Order for in camera review **by April 4, 2011**. To be included in this statement is an itemized list of all work performed by any and all representatives or agents of Krohn and Moss, Ltd., the time spent on each line item, the billed fee for such time, and the date on which each fee was incurred

    It is so ORDERED.

    Signed this 28th day of March, 2011.

                                                    _____
                                                  Royal Furgeson
                                                  Senior United States District Judge