U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 19 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy 4:33 p.m.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Margie Allen,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 3:10-CV-02005-F |
| Michael J. Scott, P.C.,<br>Defendant. | §<br>§<br>§ | |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SANCTIONS

Before the Court is Defendant Michael J. Scott, P.C.'s Motion for Sanctions (Docket No. 20), filed February 7, 2011. After considering the motions and pleadings of both parties, as well as applicable law, the Court is of the opinion that Defendant's Motion should be DENIED WITHOUT PREJUDICE for the reasons stated from the bench at the April 19, 2011 hearing.[1]

It is so ORDERED.

Signed this 19th day of April, 2011.

_____
Royal Furgeson
Senior United States District Judge

---

[1] This terminates Docket No. 20.

1