U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 2 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy 9:45A.M.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Margie Allen, Plaintiff, | § § § | |
| v. | § § | Case No. 3:10-CV-02005-F |
| Michael J. Scott, P.C., Defendant. | § § § | |

## ORDER FOR EXPEDITED BRIEFING SCHEDULE

Before the Court is Defendant Michael J. Scott, P.C.'s Motion for Summary Judgment (Docket No. 39) and Plaintiff Margie Allen's Motion for Summary Judgment (Docket No. 40). Both of these motions were filed on April 29, 2011. Because this matter is set for trial on May 23, 2011, the following expedited briefing schedule will apply to these motions. Any response to a motion for summary judgment must be filed **on or before May 11, 2011.** Any reply must be filed **on or before May 16, 2011.**

It is so ORDERED.

Signed this 2nd day of May, 2011.

_____
Royal Furgeson
Senior United States District Judge